No. 6642.

F. P. MARTINEZ vs. L. LEIBER ET AL.

Where the sum sued for is above the appealable sum, and there is alleged to be proof of partial payment after suit brought, which would reduce it below that sum, a motion to dismiss will not be sustained, for *non constat* but the fact of partial payment will be disputed and disproved on the merits.

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.,

*Cotton & Levy* for Plaintiff. *Louque* for Defendants Appellants.

EGAN, J., delivered the opinion denying the motion.